**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>MUNSON PLUMBING, INC.,<br><br>        Defendants. | Case No. EDCV 10-00970 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust (collectively, "Plaintiffs") against Defendant Munson Plumbing, Inc.

("Defendant"). The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiffs by Defendant is:

(1) $15,562.38 in unpaid contributions;

(2) $1,556.24 in liquidated damages;

(3) $5,252.00 in attorneys' fees;

(4) $76.60 in costs; and

(5) post-judgment interest as determined by 28 U.S.C. § 1961.

Dated: January 21, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge