1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  TRUSTEES OF THE          )    Case No. EDCV 10-00970
    OPERATING ENGINEERS      )    VAP(OPx)
12  PENSION TRUST, et al.,   )
                             )    **AMENDED**
13              Plaintiff,   )    **JUDGMENT**
                             )
14      v.                   )
                             )
15  MUNSON PLUMBING, INC.,   )
                             )
16              Defendants.  )
17  _____

18

19  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20        Pursuant to the Minute Order filed herewith, IT IS

21  ORDERED AND ADJUDGED that Judgment is entered in favor of

22  Plaintiffs Trustees of the Operating Engineers Pension

23  Trust, Trustees of the Operating Engineers Health and

24  Welfare Fund, Trustees of the Operating Engineers

25  Vacation-Holiday Savings Trust, and Trustees of the

26  Operating Engineers Training Trust (collectively,

27  "Plaintiffs") against Defendant Munson Plumbing, Inc.

28

1  ("Defendant").   The Court orders that such judgment be

2  entered.

3

4      The amount of damages ordered paid to Plaintiffs by

5  Defendant is:

6      (1) $15,562.38 in unpaid contributions;

7      (2) $511.76 in pre-judgment interest;

8      (3) $1,556.24 in liquidated damages;

9      (4) $5,252.00 in attorneys' fees;

10     (5) $76.60 in costs; and

11     (6) post-judgment interest as determined by 28 U.S.C.

12  § 1961.

13

14
   Dated: January 21, 2011            _____
15                                       VIRGINIA A. PHILLIPS
16                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28