1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Matthew T. Bechtel, State Bar No. 260450
2 | 225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
3 | Telephone: (626) 449-1882
Facsimile:  (626) 449-1958
4 | E-mail: bechtel@luch.com

5 | Counsel for Plaintiffs,
Trustees of the Operating Engineers
6 | Pension Trust, et al.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MUNSON PLUMBING, INC.<br><br>Defendant. | CASE NO.: EDCV 10-00970 VAP (OPx)<br><br>ASSIGNED TO THE HONORABLE MAGISTRATE JUDGE OSWALD PARADA<br><br>**ORDER FOR APPEARANCE OF ROBERT LEROY MUNSON, JR., OFFICER OF JUDGMENT DEBTOR**<br><br>DATE:     MAY 3, 2011<br>TIME:      9:30 A.M.<br>CTRM:     3 |

GOOD CAUSE APPEARING, from the application of the Judgment Creditors, IT IS ORDERED that Robert Leroy Munson, Jr., appear in Courtroom 3 of the United States Courthouse for the Central District of California, located at 3470 Twelfth Street, Riverside, California, on May 3, 2011, at 9:30 a.m., and answer questions concerning property subject to the judgment debtor's ownership and control, before the Honorable Oswald Parada, United States Magistrate Judge.

IT IS FURTHER ORDERED that personal service upon Mr. Munson is required.  See, CCP Sec. 708.110(d).

IT IS FURTHER ORDERED that Robert Leroy Munson, Jr., brings with him the following documents under his control, or under the control of his agents, attorneys or accountants (photocopies may be produced in lieu of originals):

1. All financial statements prepared by or on behalf of Munson Plumbing, Inc. (hereinafter "Munson"), for the time period from January 1, 2010, through the present.

2. All monthly bank statements of Munson for all of its checking accounts and all its savings accounts for the time period from January 1, 2010, through the present.

3. All savings account, pass books, certificates of deposit and trust certificates in the name of Munson for the time period from January 1, 2010, through the present.

4. All negotiable instruments and negotiable securities in the name of Munson, or owned by Munson.

5. All accounts receivable of Munson for the time period from January 1, 2010, through the present.

6. All evidence and memoranda of any ownership interest of Munson in any corporation, partnership, unincorporated association or any business organized or conducted for production of income for the time period from January 1, 2010, through the present.

7. All evidence and memoranda of any income received by Munson from January 1, 2010, through the present, to include but not limited to copies of tax returns, insurance proceeds, or repayment of loans.

8. All evidence of any ownership interest of Munson, to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle,

airplane, boat, equipment or heavy machinery from January 1, 2010, through the present.

    9.    All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government agency or department in the name of Munson and covering any period of time from January 1, 2010, through the present.

    10.    All evidence of any debts or payments owed to Munson to include but not limited to those arising from loans or judgments, for the time period from January 1, 2010, through the present.

    11.    Copies of all certified payroll records submitted by Munson to any general contractor or public contracting agency for public works projects for work performed during the time period from January 1, 2007 through the present.

    12.    Any and all evidence or other memoranda indicating that Munson was either a plaintiff or a defendant in any lawsuit since January 1, 2010.

    13.    Any evidence and memoranda indicating that Munson received any judgment, award, bequest or devise in any lawsuit or other court action since January 1, 2010.

    14.    Any evidence and memoranda indicating an ownership interest of Munson in any patent, invention, trade name, or copyright.

    15.    Any evidence and memoranda indicating an ownership interest of Munson in any real property or developments on real property.

    16.    All subcontracts entered into by Munson to perform construction projects for the time period from January 1, 2010 through the present.

    17.    All invoices for services performed by Munson projects for the time period from January 1, 2010, through the present.

    18.    Munson's cash disbursement journals and check registers for the time period from January 1, 2010, through the present.

19. Evidence of all payments made by Munson to its creditors from the date of service of this Order through the date of the judgment debtor examination.

**<u>NOTICE TO JUDGMENT DEBTOR</u>**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATED: __3/15/11__                    _____
                                       UNITED STATES MAGISTRATE JUDGE